IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| GENTRY LOCKE RAKES & MOORE, LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:20-cv-00326 |
| ) | |
| PRIDE CONSTRUCTION, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Plaintiff Gentry Locke Rakes & Moore, LLP, and Defendant Pride Construction, LLC, have entered into a Joint Stipulation of Dismissal in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to the Court that the parties agree to such relief, and that it is otherwise proper to do so, it is hereby ORDERED that jurisdiction of this Court over enforcement of the Settlement Agreement reached between the parties is expressly reserved, but otherwise it is further ORDERED that this matter be DISMISSED as settled with prejudice, with each party bearing its own fees and costs, including attorney fees.

ENTER: January 7, 2021.

_____
United States District Court

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN - 8 2021

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK